AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для
Northern District of Texas

| United States of America | ) |
| v. | ) |
| US Infrastructure Company | ) Case No. |
| | ) |
| | ) |
| | ) 2:22-cv-00055-Z |
| Defendant(s) | ) |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 1 3 2022
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2021__ in the county of __Miller, South Dakota__ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 41 U.S. Code § 6503 - Breach or violation of required contract terms | (2) An amount equal to the sum of each underpayment of wages due an employee engaged in the performance of the contract, including any underpayments arising from deductions, rebates, or refunds. |

This criminal complaint is based on these facts:

Fact: Susanne as sent Miller, South Dakota to preform locates on Federal contract. USIC did not pay Susanne her full Federal pay under Contract.
Federal Question: Did Susanne engaged in the performance of the contract? Did UPRR breach contract?

☐ Continued on the attached sheet.

s/Susanne Becker
*Complainant's signature*

Susanne Becker
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*